**No. 69406.**—W. Kay Company, Inc. *v.* United States, protests 59/32809, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 69407.**—W. Kay Company, Inc. *v.* United States, protests 60/12885, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 69408.**—W. Kay Company, Inc. *v.* United States, protests 61/17410, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to

those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 24, 1965

No. 69409.—Lausen-Naeve Corp. and Aristo Craft Distinctive Miniatures et al. v. United States, protests 63/2126(B), etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69410.—Polk's Model Craft Hobbies, Inc. v. United States, protests 64/3527 (D), etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69411.—Louis Marx & Co., Inc. v. United States, protests 64/12342, etc. (Philadelphia).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69412.—Thoresen, Inc., and Rohner Gehrig & Co., Inc., et al. v. United States, protests 64/2004, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.